# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James Avery Witter,

        Plaintiff(s),	JUDGMENT IN A CIVIL CASE

vs.	3:07-cv-341

Michael J. Astrue,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/29/2007 Order.

Signed: October 29, 2007

_____
Frank G. Johns, Clerk
United States District Court